U.S. DISTRICT Form to be used by a prisoner filing a civil rights complaint under
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES           THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

SEP 16 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

Robert Lee Doyle  3203
Full Name of Plaintiff, Prisoner Number

**2:08cv1412**
**Sec P**

VS.

Beauregard Parish Sheriff Office
Defendant                                    Magistrate Judge

## COMPLAINT

I. **Previous Lawsuits**

   A. Have you begun any other lawsuit while incarcerated or detained in any facility?
      Yes ☐         No ☒

   B. If your answer to the preceding question is yes, provide the following information.

      1. State the court(s) where each lawsuit was filed (if federal, identify the District; if state court, identify the county or parish):

         _____

         _____

      2. Name the parties to the previous lawsuit(s):

         Plaintiffs: _____

         Defendants: _____

      3. Docket number(s): _____

      4. Date(s) on which each lawsuit was filed: _____

      5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

         _____

2

C. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?
Yes ☐   No ☒

If your answer to the preceding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II. A. Name of institution and address of current place of confinement:

*Beauregard Parish Sheriff office, 412 Bolivar Bishop Dr.*
*Jail Complex                                DeRidder, La. 70634*

B. Is there a prison grievance procedure in this institution?
Yes ☒   No ☐

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?
Yes ☒   No ☐
If Yes, what is the Administrative Remedy Procedure number? *Numbers being withheld*

2. If you did not file an administrative grievance, explain why you have not done so.

_____

_____

3. If you filed an administrative grievance, answer the following question.
What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

*All grievances accepted & responded to.*

*However requests for thier numbers go unanswered*

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III. Parties to Current Lawsuit:

3

A. Name of Plaintiff _Robert Lee Doyle_

   Address _412 Bolivar Bishop Dr. DeRidder, La. 70634_

B. Defendant, _Aaron P. Broussard_, is employed as _Deputy_ at _Beauregard Parish Sheriff Office_

   Defendant, _John Rainwater_, is employed as _assistant Warden_ at _B.P.S.O. Jail_.

   Defendant, _William Galbreath_, is employed as _Chief Warden_ at _B.P.S.O. Jail_.

   Additional defendants _Bolivar Bishop ret. Sheriff / Ricky Moses Sheriff Beauregard Parish Jail_

IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

On July 6, 2007 I was restrained by Aaron Broussard and made to fall down stairs of DeRidder Courthouse resulting in two herniated discs. Aprox. 30 minutes after fall, Wardens allowed me to go to emergency room of Beauregard Memorial Hosp. X-Rays given, Medicine administered and returned to jail complex. X-Rays revealed ruptured disc, Later M.R.I. Scans revealed two herniated discs. Wheelchair bound ever since, still being treated Medically

ON JULY 6 2007 I was restrained and made to walk down the stairs of the DeRidder Courthouse with pre-existing conditions of Scoliosis, compressed discs, advanced arthritis of spine. Deputy Aaron Broussard knew I had such conditions as he was officer who booked me in. Because of restraints I was caused to fall down stairs head first slamming into landing. Deputy Broussard forced me to stand and travel down next section of stairs in great pain in my back. Warden arrived and okayed me to go to hospital by ambulance on stretcher approximately 30 minutes later. At hospital I was given x rays which revealed ruptured disc. 1 week previous at Dr. Flynn Taylors office x rays show only arthritis, scoliosis. After treatment at Beauregard Memorial hospital I was returned to jail. Have been wheelchair bound ever since. Have been given two M.R.I. scans since accident and both reveal two herniated discs which were caused by fall. My complaint is that I still cannot walk because of this, I am in constant severe pain and I am still being treated by charity hospitals when I could have my surgery elsewhere. I am to see neurology at L.S.U. Shreveport in November. I need help I am not receiving due to an accident which could have been prevented. The jail is assuming responsibility as they have paid for my M.R.I. scans and doctor visits., But I feel I am owed much more in the effect of medical care, surgery, rehabilitation and compensation.
    Attending Physician: John McMillan
    Witnesses: Crystal WalkingStick - probation officer
        Alan Rosegrant - Deputy
        Aaron Broussard - Deputy - Defendant
        Kenneth Crockett - Prisoner
        Scotty Blair - Prisoner
        Carl Williams - Prisoner
    Emergency Room Witnesses: Alan Rosegrant - Deputy
        Justin Gray - Deputy

Currently awaiting surgery at L.S.U. Hospitals Shreveport La.

## V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

Make B.P.S.O. Pay for all Medical treatments, procedures. Compensate for all Pain and Suffering, Corrective Surgeries, rehabilitation

## VI. Plaintiff's Declaration

A. **I declare under penalty of perjury that all of the facts represented in this complaint and any attachments hereto is true and correct.**

B. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

C. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

Signed this 7th day of September, 2008.

3203
Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)

Signature of Plaintiff

5/97

5

Robert Lee Doyle
#3203 E-4
412 Bolivar Bishop Dr.
De Ridder, La. 70634

14th District Courthouse
611 Broad St. Ste 188
Lake Charles La. 70601

X-RAYED
Date _____ Initials _____