RECEIVED
IN LAKE CHARLES, LA

AUG 2 0 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| ROBERT LEE DOYLE | CIVIL ACTION NO. 08-1412 |
| VS. | SECTION P |
| BEAUREGARD PARISH SHERIFF'S OFFICE, ET AL | JUDGE MINALDI<br>MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated the corresponding Memorandum Ruling and in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, having determined that the findings are correct under applicable law;

IT IS ORDERED that plaintiff's civil rights complaint against Warden William Galbreath and BPJ Nurse Sharon Farquhar be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

Lake Charles, Louisiana, this 19 day of August, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE