**RECEIVED**
IN LAKE CHARLES, LA

JAN 2 8 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | |
|---|---|
| ROBERT L. DOYLE | CIVIL ACTION NO. 08-1412 |
| VS. | JUDGE MINALDI |
| AARON P. BROUSSARD | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections[1] to the Report and Recommendation in the record;

**IT IS ORDERED** that the defendant's Motion to Dismiss [doc. 26] IS DENIED.

Lake Charles, Louisiana, on this _27_ day of _____, 2011.

PATRICIA MINALDI
**UNITED STATES DISTRICT JUDGE**

---

[1] The defendant's objection to footnote 8, page 11 of the Report and Recommendation is noted and his objection to this footnote as a factual finding or legal conclusion is preserved for trial.