RECEIVED
IN LAKE CHARLES, LA.

MAR 18 2013

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

ROBERT L. DOYLE            CIVIL ACTION NO. 2:08-CV-1412
                                            SECTION P

VS.                                         JUDGE PATRICIA MINALDI

DEPUTY AARON P. BROUSSARD     MAGISTRATE JUDGE KATHLEEN KAY

## ORDER

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation [Doc. 55] of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that the defendant's Motion for Summary Judgment [Doc. 48] be **DENIED**.

Lake Charles, Louisiana, on this _13_ day of _March_, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE