RECEIVED
IN LAKE CHARLES, LA.
JUL 22 2013
TONY R. MOORE, CLERK
BY_____
            DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **ROBERT LEE DOYLE**<br>317498 | **CIVIL ACTION NO. 2:08-CV-1412**<br>**SECTION P** |
| VS. | JUDGE PATRICIA MINALDI |
| **SHERIFF OF BEAUREGARD PARISH** | MAGISTRATE JUDGE KATHLEEN KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation [Doc. 67] of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that the plaintiff's case be **DIMISSED WITHOUT PREJUDICE** for failure to prosecute, pursuant to LR 41.3. The plaintiff may reinstate the civil action within thirty (30) days for good cause shown.

Lake Charles, Louisiana, on this 22 day of July, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE